**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Dewey Ray McNair, Appellant.

Appellate Case No. 2023-000516

—————————

Appeal From Anderson County
R. Scott Sprouse, Circuit Court Judge

—————————

Unpublished Opinion No. 2024-UP-351
Submitted September 1, 2024 – Filed October 9, 2024

—————————

**APPEAL DISMISSED**

—————————

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Mark Reynolds Farthing; and General Counsel Matthew C. Buchanan, of South Carolina Department of Probation, Parole and Pardon Services, all of Columbia, for Respondent.

—————————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**THOMAS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.